ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael A. Geibelson, Bar No. 179970
mageibelson@rkmc.com
Jill S. Casselman, Bar No. 266085
jscasselman@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800

Attorneys for Defendant
DICK'S SPORTING GOODS, INC.
(erroneously sued and served as DICK'S
SPORTING GOODS, INC., dba DICK'S
SPORTING GOODS)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS,<br><br>            Plaintiff,<br><br>      vs.<br><br>DICK'S SPORTING GOODS, INC., dba DICK'S SPORTING GOODS;<br>GATEWAY PLAZA PARTNERS, L.P., a California Limited Partnership,<br><br>            Defendants. | Case No.  13-CV-01199-LJO-SMS<br><br>**STIPULATION AND ORDER TO EXTEND TIME OF DICK'S SPORTING GOODS, INC. TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:   July 31, 2013 |

Pursuant to Local Rules 143 and 144, the undersigned counsel of record for Plaintiff Albert George Curtis ("Plaintiff"), and Defendant Dick's Sporting Goods, Inc., erroneously sued as Dick's Sporting Goods, Inc., dba Dick's Sporting Goods, ("Dick's Sporting Goods"), stipulate and agree to extend the time for Dick's Sporting Goods to respond to Plaintiff's Complaint as follows:

WHEREAS, Plaintiff filed his complaint in this action on July 31, 2013 (the "Complaint");

60706428.1

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

WHEREAS, Defendant Dick's Sporting Goods was served with the Complaint on August 1, 2013;

WHEREAS, the response of Dick's Sporting Goods' was initially due on August 22, 2013,

WHEREAS, on August 11, 2013, the parties stipulated, pursuant to Local Rule 144, to extend the time for Dick's Sporting Goods and Defendant Gateway Plaza Partners, L.P. to respond to the Complaint by twenty-eight (28) days until September 18, 2013;

WHEREAS, on September 13, 2013, the parties stipulated, pursuant to Local Rule 144, to extend the time for Dick's Sporting Goods to respond to the Complaint until September 30, 2013, in order to allow the parties more time to engage in settlement discussions to resolve this matter;

WHEREAS, the parties have been conducting meaningful settlement discussions and are cautiously optimistic that they will reach a complete settlement prior to October 23, 2013, which is the date that the parties must file their joint scheduling report;

WHEREAS, Plaintiff and Dick's Sporting Goods have met and conferred and have agreed that it is in their best interests, and in the interests of justice, to extend the time for Dick's Sporting Goods to respond to the Complaint for twenty-two (22) days, until October 22, 2013, to permit meaningful settlement discussions while minimizing litigation expense;

WHEREAS, this extension will not alter any other date or deadline set by the Court;

WHEREAS, the Plaintiff and Dick's Sporting Goods agree that this stipulation does not waive any right of the parties to request further extensions from the Court;

IT IS STIPULATED AND AGREED THAT Dick's Sporting Goods' time to answer or otherwise respond to the Complaint shall be extended until October 22, 2013.

Nothing in this Stipulation shall be construed as a waiver of any of Plaintiffs' or Defendants' rights, defenses, or arguments they would otherwise have.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

DATED: September 25, 2013             **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  */s/ Jill S. Casselman*
    Michael A. Geibelson
    Jill S. Casselman

ATTORNEYS FOR DEFENDANT
DICK'S SPORTING GOODS, INC.
(erroneously sued and served as DICK'S SPORTING GOODS, INC., dba DICK'S SPORTING GOODS)

DATED: September 25, 2013             **MOORE LAW FIRM, P.C.**

By:  */s/ Tanya E. Moore*
    Tanya E. Moore

ATTORNEYS FOR PLAINTIFF ALBERT GEORGE CURTIS

**IT IS SO ORDERED.**

DATE: September 26, 2013    /s/ SANDRA M. SNYDER
    SANDRA M. SNYDER
    UNITED STATES MAGISTRATE JUDGE