1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Albert George Curtis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS, | No.  1:13-cv-01199-LJO-SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| DICK'S SPORTING GOODS, INC., dba DICK'S SPORTING GOODS; GATEWAY PLAZA PARTNERS, L.P., a California Limited Partnership, | |
| Defendants. | |

1    IT IS HEREBY STIPULATED by and between Plaintiff Albert George Curtis and
2 Defendants Dick's Sporting Goods, Inc., dba Dick's Sporting Goods, and Gateway Plaza
3 Partners, L.P., a California Limited Partnership, the parties to this action, by and through their
4 respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-
5 captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own
6 attorneys' fees and costs.

7  Dated: November 7, 2013            MOORE LAW FIRM, P.C.

9                                      */s/ Tanya E. Moore*
                                       Tanya E. Moore
10                                     Attorneys for Plaintiff
                                       Albert George Curtis

12 Dated: November 7, 2013             ROBINS, KAPLAN MILLER & CIRESI, LLP

14                                     */s/ Jill S. Casselman*
                                       Jill S. Casselman
15                                     Attorneys for Defendant
                                       Dick's Sporting Goods, Inc.

17 Dated: November 7, 2013             CASWELL, BELL & HILLISON LLP

19                                     */s/ Kimberly L. Mayhew*
                                       Kimberly L. Mayhew
20                                     Attorneys for Defendant
                                       Gateway Plaza Partners, L.P.

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

# ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  **November 7, 2013**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE